# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SAWSAN ZAYED | ) | CASE NO. 04-04508-JHS |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

## TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

**NOW COMES** the Trustee, David R. Brown, Trustee ("Trustee"), pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, and provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. On February 6, 2004, the Debtor filed her petition for relief under Chapter 7 of the United States Bankruptcy Code under 11 U.S.C. §101 et. seq. The case was reopened on February 20, 2009.

2. Thereupon, David R. Brown was appointed as Trustee and continues to act in that capacity.

3. On or about November 6, 2009, the Trustee sent distribution checks in the amounts of $2,729.53, $77.90, $201.01 and $1,057.75 via U.S. Mail to the Citibank at:

> **Citibank South Dakota**
> **Exception Payment Processing**
> **P.O. Box 6305**
> **The Lakes, NV 88901-6305**

4. The distribution check was returned to the Trustee by the creditor as unable to identify claimant.

5. The Trustee has voided the checks.

6. By reason of the foregoing, the Trustee has deposited these unclaimed funds by payments of same to the Clerk of the Bankruptcy Court pursuant to §347 of the Bankruptcy Code.

Respectfully submitted,

/s/ David R. Brown /s/
David R Brown, Trustee

David R. Brown
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000